PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 13 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | CASE NO. 2:15-SW-0615 CKD |
|---|---|
| Verizon HTC Cell Phone, model #HTC6525L, S/N: HT53FSF01311, IMEI 990004295831477, Cell phone number 209-470-5851, CURRENTLY LOCATED AT HSI Evidence Storage Room, 650 Capitol Mall, Suite 3-100, Sacramento, CA 95814 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 4/13/17

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge